UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREN NOTHNAGEL,<br><br>             Petitioner,<br><br>     v.<br><br>CALIFORNIA DEPT. OF HOSPITALS,<br><br>             Respondent.<br>_____/ | 1:12-CV-02086 GSA HC<br><br>SECOND ORDER DIRECTING PETITIONER TO FILE CONSENT/DECLINE FORM<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER BLANK CONSENT/DECLINE FORM<br><br>[FIFTEEN DAY DEADLINE] |

Petitioner is a state prisoner proceeding pro se with a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 3, 2013, the Court ordered Petitioner to complete and return within thirty days the form indicating consent or decline to the jurisdiction of the Magistrate Judge. Over thirty days have passed and Petitioner has failed to comply.

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to send Petitioner a blank consent/decline form; and

2) Petitioner is DIRECTED to complete and return the consent/decline form within fifteen (15) days of the date of service of this order. Failure to do so will result in dismissal of the case.

IT IS SO ORDERED.

Dated:   **February 21, 2013**          **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE